# United States District Court

DISTRICT OF **Massachusetts**

Tuan Tran and Thomas Deshaies

Plaintiff

SUMMONS IN A CIVIL CASE

V.

The Roman Catholic Diocese of Springfield, a corporation sole

Defendant

CASE NUMBER:

**05 - 30085 - KPN**

TO: (Name and address of defendant)
The Roman Catholic Diocese of Springfield
65 Elliot Street
Springfield, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
David G. Thomas, Greenberg Traurig
One International Place
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| SARAH A. THORNTON | 5/12/05 |
|---|---|
| CLERK | DATE |

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4-14-2005 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Thomas L Savage | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 65 Elliot Street Springfield
IN HAND To JUDITH CLOW

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-14-2005
         Date

Signature of Server

427 Neck Street Weymouth
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.