# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Tuan Tran and Thomas Deshaies,

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:05-30085-MAP

The Roman Catholic Diocese
of Springfield,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant The Roman Catholic Diocese of Springfield, against the plaintiffs Tuan Tran and Thomas Deshaies, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated:  June 23, 2005                 By  /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk