UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUAN TRAN AND THOMAS DESHAIES,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD, a corporation sole,<br><br>    Defendant. | Civil Action No.: 05-30085-MAP |

## ASSENTED TO MOTION PURSUANT TO FED. R. CIV. P. 60(b)(1) TO VACATE JUDGMENT AND RESTORE CASE TO THE TRIAL LIST

Pursuant to FED. R. CIV. P. 60 (b)(1), the plaintiffs Tuan Tran and Thomas Deshaies ("Plaintiffs") hereby request that this Court vacate the Judgment entered on June 23, 2005 granting the defendant's Motion to Dismiss and restore this case to the trial list. This motion has been assented to in full by the defendant and is without opposition. In support of this motion, the plaintiffs state the following:

1.   On May 27, 2005, the defendant filed its Motion to Dismiss, a copy of which was served on Plaintiffs' counsel.

2.   On June 3, 2005, Plaintiffs' counsel conferred by telephone with counsel for the defendant and was granted an extension to respond to the Motion to Dismiss until July 1, 2005.

3.   Signed confirmation of this extension was sent via letter to counsel for the defendant on June 3, 2005. See Exhibit A[1].

---

[1] Please note that, due to clerical error, the letter was incorrectly dated March 15, 2005.

1

4. On June 23, 2005, judgment was entered by this Court granting the defendant's Motion to Dismiss because the Plaintiffs violated the local rules by failing to file a timely opposition.

5. After conferring, both parties agree that the judgment of this Court was reached due to a mistake of the parties in failing to notify the Court of the extension granted to the Plaintiffs to respond to the defendant's Motion to Dismiss until July 1, 2005.

WHEREFORE, the plaintiffs respectfully request that pursuant to FED. R. CIV. P. 60(b)(1), this Court vacate its judgment of June 23, 2005, and restore this case to the trial list.

**RESPECTFULLY SUBMITTED:**
TUAN TRAN and
THOMAS DESHAIES
Plaintiffs,
By their attorneys:

_____
Robert A. Sherman, BBO #458520
Salo L. Zelermyer, BBO #661228
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

**ASSENTED TO:**
THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD,
A CORPORATION SOLE
Defendant,
By its attorneys:

_____
John J. Egan, Esq. BBO #338110
Edward J. McDonough, Jr., Esq., BBO #331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street – Post Office Box 9035
Springfield, MA 01102

(413) 737-0260  
(413) 737-0121 (fax)

(413) 737-0260  
(413) 737-0121 (fax)

# EXHIBIT A

# Greenberg Traurig

Salo L. Zelermyer
Tel. 617.310.6296
Fax 617.310.6001
ZelermyerS@gtlaw.com

March 15, 2005

**VIA OVERNIGHT MAIL**

Edward J. McDonough, Jr. Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street – Post Office Box 9035
Springfield, MA 01102
Boston, Massachusetts 02108

Re:   <u>Tuan Tran and Thomas Deshaies v. The Roman Catholic Diocese of Springfield,</u>
Civil Action No.: 05-30085

Dear Mr. McDonough:

Pursuant to our discussion over the phone, this letter serves to confirm the extension granted for the plaintiffs to respond to Defendant's Motion to Dismiss by July 1, 2005. Thank you once again for your patience and understanding.

Very truly yours,

Salo L. Zelermyer

slz/tas
cc: David G. Thomas, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP I Attorneys at Law I One International Place I Boston, MA 02110 I Tel 617.310.6000 I Fax 617.310.6001   www.gtlaw.com