UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUAN TRAN AND THOMAS DESHAIES,<br><br>Plaintiffs,<br><br>v.<br><br>THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD, a corporation sole,<br><br>Defendant. | Civil Action No.: 05-30085-MAP |

### ASSENTED TO MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS

Plaintiffs Tuan Tran and Thomas Deshaies (the "Plaintiffs"), hereby move to continue the hearing on Defendant's Motion to Dismiss currently scheduled for Monday, August 29, 2005 to the afternoon of September 12, 2005 or a date thereafter convenient to the Court. This motion has been assented to in full by the Defendant and is without opposition. In support of this motion, the Plaintiffs state the following:

1. Plaintiffs' counsel has a family vacation conflict and will be unavailable on August 29, 2005.

2. After conferring, counsel for the Defendant has no objection to continuing the hearing until the afternoon of September 12, 2005, or another date thereafter acceptable to the Court.

WHEREFORE, the Plaintiffs respectfully request that the Court grant the motion and continue the hearing until the afternoon of September 12, 2005, or another date thereafter acceptable to the Court.

**RESPECTFULLY SUBMITTED:**
TUAN TRAN and
THOMAS DESHAIES
Plaintiffs,
By their attorneys:

_____
Robert A. Sherman, BBO #458520
Salo L. Zelermyer, BBO #661228
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

**ASSENTED TO:**
THE ROMAN CATHOLIC
DIOCESE OF SPRINGFIELD,
A CORPORATION SOLE
Defendant,
By its attorneys:

_____
John J. Egan, Esq. BBO #338110
Edward J. McDonough, Jr., Esq.,
BBO #331590
EGAN, FLANAGAN AND
COHEN, P.C.
67 Market Street – Post Office Box 9035
Springfield, MA 01102
(413) 737-0260
(413) 737-0121 (fax)

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUAN TRAN AND THOMAS DESHAIES,<br><br>Plaintiffs,<br><br>v.<br><br>THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD, a Corporation Sole,<br><br>Defendant. | Civil Action No.: 05-30085-MAP |

### CERTIFICATE OF SERVICE

I, Salo L. Zelermyer, hereby certify that on August 12, 2005, I caused a copy of Plaintiffs' Motion to Continue Hearing on Defendant's Motion to Dismiss to be served upon John J. Egan and Edward J. McDonough Jr. by mail.

/s/ Salo L. Zelermyer
Robert A. Sherman, BBO #458520
Salo L. Zelermyer, BBO #661228
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001