AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

## APPEARANCE

Case Number: 05-30085

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Tuan Tran and Thomas Deshaies.

Date: 9/23/05

Signature

Print Name: James P. Pessetto

Address: One International Place

City: Boston    State: MA    Zip Code: 02110

Phone Number: 417-310-6000