AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number:     05-30085-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     Defendants

09/07/06
Date

*Kevin D. Withers* (signature)
Signature

Kevin Withers, Esq.
Print Name

67 Market Street, PO Box 9035
Address

Springfield     Massachusetts     01102-9035
City     State     Zip Code

413-737-0260
Phone Number