UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30085-MAP

TUAN TRAN AND THOMAS DESHAIES
PLAINTIFFS
V.
THE ROMAN CATHOLIC DIOCESE OF SPRINGFIELD,
A CORPORATION SOLE
DEFENDANT

### JOINT MOTION TO REOPEN

Now come the parties to the above-captioned matter and move to reopen this case. In support of same, the parties state as follows:

1. The Plaintiffs filed the Complaint in this action on April 12, 2005.
2. On November 27, 2006, counsel for the parties to this case appeared for a case management conference. Counsel explained at that conference that there is a pending, parallel state court matter, <u>Tuan Tran and Thomas Deshaies v. Thomas L. Dupre</u>, Hampden Superior Court Civil Action No. 04-265 (hereinafter referred to as the "state court action"). It was further explained that the state court action had been stayed pending the outcome of a declaratory judgment action (hereinafter, the "declaratory judgment action") filed by the defendant, The Roman Catholic Bishop of Springfield, a Corporation Sole, against its insurance carriers and that little, if any, progress could be made while the state court action was stayed. Pursuant to the agreement of the parties, the Court administratively closed this case, to be reopened upon motion of any party.

3. The declaratory judgment action having been resolved and the parties to the instant action being in agreement that the instant action may now proceed, the parties hereby move to reopen this case.

WHEREFORE, the Plaintiffs and Defendant hereby move this Honorable Court to reopen this matter.

    Respectfully submitted,
    The Plaintiffs,
    Tuan Tran and Thomas Deshaies,

*/s/ James P. Ponsetto*

David G. Thomas, Esq.
BBO#
James P. Ponsetto, Esq.
BBO#
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
(627) 310-6000; Fax: (617) 310-6001

The Defendant,
The Roman Catholic Diocese
of Springfield, A Corporation Sole[1]

*/s/ John J. Egan*

John J. Egan, Esq.
BBO# 151680
Edward J. McDonough, Jr., Esq.
BBO# 331590
Kevin D. Withers, Esq.
BBO# 531660
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

---

[1] The defendant is misnamed. The correct name is the Roman Catholic Bishop of Springfield, a corporation sole.